IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHAWN JONES, individually and as
husband and RACHEL JONES, individually
and as wife                                                                    PLAINTIFFS

v.                                        Case No. 3:26-cv-00079 KGB

JONESBORO WINGS, LLC, and
MARK S. GROUP CORPORATION                                  DEFENDANTS

## ORDER

Before the Court is defendants Jonesboro Wings, LLC and Mark S. Group Corporation's (collectively "Defendants") motion for leave for withdrawal of counsel for Wade H. Scofield II only (Dkt. No. 11). Defendants request that the Court permit its counsel, Wade H. Scofield, II, to withdraw as counsel in this case (*Id.*, ¶ 1). Defendants assert that Scofield's association with the law firm McAngus Goudelock & Courie, LLC is ending and that Scofield can no longer represent Defendants in this case (*Id.*, ¶ 2). Defendants represent that Steven Northup Snyder, Jr. will continue to represent them in this case and that they have been given reasonable notice of Scofield's withdrawal (*Id.*, ¶¶ 3, 6). For good cause shown, the Court grants Defendants' motion (*Id.*). Scofield is relieved as counsel of record in this case.

It is so ordered this 15th day of May, 2026.

_____
Kristine G. Baker
Chief United States District Judge