**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SHAWN JONES, individually and as husband and RACHEL JONES, individually and as wife** **PLAINTIFFS**

**v.** **Case No. 3:26-cv-00079-KGB**

**JONESBORO WINGS, LLC, and MARK S. GROUP CORPORATION** **DEFENDANTS**

**ORDER**

Before the Court is attorney Seth A. White's motion to withdraw as counsel for plaintiffs Shawn Jones and Rachel Jones ("Joneses") (Dkt. No. 16).

White represents that, despite repeated and reasonable efforts, counsel has been unable to maintain effective communication with the Joneses (*Id.*, ¶ 2). White details in the motion certain of his efforts to communicate with the Joneses (*Id.*). White represents that withdrawal will not cause undue delay or prejudice to any party because the trial date is not until July 12, 2027, affording plaintiffs time to retain substitute counsel or proceed *pro se* (*Id.*, ¶ 6).

For good cause shown, the Court grants the motion and relieves White as counsel for the Joneses in this case (*Id.*). The Court directs the Clerk of Court to mail plaintiffs a copy of this Order at their last known address, which is set forth in White's motion to withdraw (*Id.*, at 3).

The Court, on its own motion, stays this case for 60 days, to and including Monday, December 28, 2026. During that time, plaintiffs must submit a written filing to the Court indicating that they intend to proceed *pro se* by representing themselves or that plaintiffs have obtained substitute counsel who then is required to enter an appearance as counsel of record in this case. After the 60 days expires, the Court's stay shall automatically lift, and this case shall proceed.

While proceeding *pro se*, plaintiffs are required to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. The Court draws plaintiffs' attention to Local Rule 5.5(c)(2):

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Local Rule 5.5(c)(2) of the *Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas*.

The Court grants attorney Seth A. White's motion to withdraw as counsel for plaintiffs Shawn Jones and Rachel Jones (Dkt. No. 16). The Clerk of Court is directed to mail plaintiffs a copy of this Order at their last known address.

It is so ordered this 27th day of October, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge